UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE,

    Plaintiff

v.

LUZERNE COUNTY CORRECTIONAL FACILITY, ET AL.,

    Defendants

CIVIL ACTION NO. 3:13-CV-1271

(JUDGE NEALON)
(MAGISTRATE JUDGE BLEWITT)

FILED
SCRANTON

JUL 3 0 2013

PER _____
DEPUTY CLERK

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 10), is **ADOPTED**:

    A. Defendants LCCF and Luzerne County Elections Office are **DISMISSED with prejudice**;

    B. Plaintiff is **DIRECTED** to file an amended complaint against Luzerne County within twenty (20) days of the date of this Order or the case will be dismissed;

2. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 5), is **GRANTED**;

3. Plaintiff's motions to appoint counsel, (Doc. 12, 14), are **DENIED without prejudice**;

4. This matter is **REMANDED** to Magistrate Judge Blewitt for further proceedings.

_____
United States District Judge